# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:01-cr-151-MOC-DCK-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **CHRISTOPHER QUINN MOSES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Compassionate

Release/Reduction of Sentence, (Doc. No. 213).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a

response to defendant's motion.

Signed: August 21, 2020

Max O. Cogburn Jr
United States District Judge