# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:01-CR-151-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CHRISTOPHER QUINN MOSES,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the government's "Motion To Seal" (Document No. 223) filed September 10, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Government's Exhibit 1 to its Motion to Stay contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the government's "Motion To Seal" (Document No. 223) is **GRANTED**, and Exhibit 1 to the Motion to Stay (Document No. 222) is sealed until further Order of this Court.

Signed: September 16, 2020

David C. Keesler
United States Magistrate Judge